UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRADLY G. MARKS,

                      Plaintiff,

-v-

HEALTH LINE ONE, LLC,

                      Defendant.

No. 17-cv-8779 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiff informing the Court that the parties have reached a settlement. (Doc. No. 25.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. However, within 45 days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:     July 22, 2018
              New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES DISTRICT JUDGE